# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| In re<br>UNITED EDUCATION<br>& SOFTWARE<br><br><br>Debtor (s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bk. No. LA89-26724EC<br><br><br>ORDER DENYING REQUEST FOR<br>RELEASE OF UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042,<br>Bankruptcy Rule 9013,<br>Bankruptcy Local Rule 3011-1) |

On November 6, 2007 OGUGUA ENETANYA for EDNA C. ENETANYA (deceased) c/o Keys Research filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

| | | |
|---|---|---|
| _____ | 5. | The corporate seal is not stamped on the motion &/or power of attorney. |
| _____ | 6. | The name on the corporate seal does not match the name listed on the claim. |
| _____ | 7. | An original power of attorney was not submitted. |
| _____ | 8. | The Proof of Service has not been completed. |
| _____ | 9. | The Proof of Service is incomplete. The following is missing: |
| X | 10. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed. No Will or Living Trust provided showing the claimant is the only heir to the funds claimed. |
| _____ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| _____ | 12. | The documents supporting the claim have not been certified. |
| _____ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case. |
| _____ | 14. | Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee. |
| _____ | 15. | Fund locator submitting this claim has failed to register with this court. |
| X | 16. | No proof of identification provided (driver's license/passport). |
| _____ | 17. | Other: |

_Ellen Carroll_        11/29/07

United States Bankruptcy Judge      Date

JUST - REV